COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Joseph F. Radler III, The Dick Law Firm, PLLC

Appellate case number:   01-22-00341-CV

Trial court case number: 1143116

Trial court:             County Civil Court at Law No. 3 of Harris County

Relators Joseph F. Radler III and The Dick Law Firm, PLLC have filed a petition for writ of mandamus challenging the trial court's February 7, 2022 order imposing sanctions and the modified order signed on March 10, 2022. Relators have also filed a motion for emergency relief, asking that we stay the trial court's February 7, 2022 order and March 10, 2022 modified order.

The motion for emergency relief is **granted**. The trial court's orders of February 7, 2022 and March 10, 2022 are **stayed** pending disposition of this petition for writ of mandamus or other order of this Court.

The Court requests real party in interest State Farm Mutual Automobile Insurance Company to file a response to the petition for writ of mandamus **within 20 days of the date of this order**.

It is so ORDERED.


Judge's signature: _____/s/ Justice Peter Kelly_____
                    ☒ Acting individually   ☐ Acting for the Court


Date:   __May 5, 2022_____